[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12914
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 24, 2010
JOHN LEY
CLERK

D. C. Docket No. 2:09-cv-01616-RRA

RICHARD M. POWELL,
BELINDA STEPHENS,

Plaintiffs-Appellants,

LARRY A. CLEMENTS,

Plaintiff,

versus

CHARLES GORHAM, et al.,

Defendants,

JOHN C. CALHOUN,
R. A. FERGUSON,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(September 24, 2010)

Before TJOFLAT, WILSON and FAY, Circuit Judges.

PER CURIAM:

The dismissal of this matter is affirmed for the reasons set forth in the Memorandum Opinion of the United States Magistrate Judge dated June 8, 2010.

AFFIRMED.